AO 91 (Rev. 3/99) Criminal Complaint

# UNITED STATES DISTRICT COURT FILED

WESTERN DISTRICT OF TEXAS



DEC 0 2 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

### V.
## Antonio Ariel CARRION

Harker Heights, Texas 76548

## CRIMINAL COMPLAINT

CASE NUMBER: W09-222M

I, Douglas J. Kunze, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about September 22 and 29, 2009, in the Western District of Texas, on the Fort Hood Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, defendant(s) did, in connection with the acquisition of a firearm from a licensed firearm dealer, knowingly make a false or fictitious oral or written statement intending or likely to deceive such dealer with respect to the lawfulness of the sale of such firearm,

in violation of Title 18, United States Code, Section(s) 922(a)(6).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

See Attachment

Continued on the attached sheet and made a part hereof:   X☐ YES   ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,
December 2, 2009

Waco, Texas

_____
Date

City and State

Jeffrey C. Manske
United States Magistrate Judge-Waco
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT

Your Affiant, Douglas J. Kunze, being duly sworn deposes and says:

That he is employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives as a Special Agent and is assigned to the Austin Field Office. Affiant has been so employed for the past approximately 19 years. Affiant has investigated numerous criminal matters during his career including many Federal firearm offenses. This information comes from Affiant's own investigation and information related to Affiant by other agents/officers involved in this investigation.

Affiant knows that on September 22, 2009, Antonio Ariel CARRION, a Hispanic male, entered Army & Air Force Exchange Service (AAFES) Store, Building 87030 Old Ironside Avenue, Fort Hood, TX, a Federally licensed firearms dealer, and attempted to purchase a firearm. As required by Federal law, CARRION produced his Texas driver's license███████, which displayed a picture for identification and his date of birth (DOB██████)CARRION allowed a female companion to fill out Section A of the ATF Form 4473, which was also required by Federal law to purchase a firearm. CARRION then signed and dated the ATF Form 4473, certifying that the answers to questions in Section A were truthful. The answer to question 11a was "yes" he was the actual purchaser of the firearm and question 11c was answered "no" he had not been convicted of a felony crime that was punishable by imprisonment or probation for more than one year.

Affiant knows that on September 22, 2009, AAFES Sales Associate Donald Favors conducted a National Instant Check System (NICS) query as required by Federal law. The NICS center delayed the purchase and CARRION was notified of this by Associate Favor.

Affiant knows that on September 29, 2009, CARRION returned to the AAFES Store. Due to the fact that three (3) business days had passed and NICS had not provided a proceed or denied response, Associate Favor, as allowed by Federal law, completed the transaction and transferred the firearm to CARRON. Associate Favor asked CARRION if all his previous information was still correct, and he answered in the affirmative. CARRON signed and dated Section C, which was again certifying his answers in Section A as truthful. Associate Favor then transferred the Hi Point, Model CF380, .380 caliber pistol, serial number P8013254 to CARRION, who left the store with the firearm in his possession. CARRION listed his address on the ATF Form 4473 as███████████ ████, Harker Heights, TX 76548.

Affiant has shown Associate Favor a photographic lineup, which included the Texas driver's license photograph of Antonio Ariel CARRION (DOB███████). Associate Favor identified CARRION's photograph in the lineup as the same person, who signed the ATF Form 4473 on the above described firearm and took possession of it on 9/29/09.

Affiant has obtained conviction documents for Antonio Ariel CARRION (DOB ███████) and determined that he was convicted of the felony crimes of Forgery of a Credit Card and Grand Theft on November 14, 1991, under cause number 91-14469CF10 in the Broward County 17th Judicial Circuit of Florida. CARRION was sentenced to 2 years probation, which was later revoked on April 10, 1992, and he was sentenced to 15 months in prison.

Affiant has reviewed the Broward County Florida records related to the felony convictions of Antonio Ariel CARRION, which included copies of his photograph and physical identifiers (Date of Birth, Social Security Number and Place of birth). Affiant compared those to the Texas driver's license photograph of CARRION and identifiers from his ATF Form 4473. Affiant believes them to be one and the same person.

Therefore, Affiant believes that probable cause exists for the issuance of an arrest warrant for Antonio Ariel CARRION for providing false information to a Federally licensed firearms dealer during the acquisition of a firearm.

DOUGLAS J. KUNZE, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to and subscribed before me, on this the 2nd day of December, 2009.

JEFFREY C. MANSKE
United States Magistrate Judge